IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 13-30 |
| | : | |
| TYREEK STYLES | : | |

## ORDER

AND NOW, this ___ day of April, 2014, upon consideration of Defendant Tyreek Styles' Motion for Discovery, Disclosure Pursuant to Rules 404(b) and 609; and to Dismiss the Indictment and/or Preclude Evidence (Doc. 94) and the Government's Response (Doc. 95), **IT IS HEREBY ORDERED AND DECREED** as follows:

- Defendant's Motion for Discovery Pursuant to Rule 16 of the Federal Rule of Criminal Procedure is **DENIED AS MOOT**. Further, is the Court's understanding that, by agreement of counsel, the Government will be providing Defendant with early production of grand jury notes of its cooperating defendant.

- Defendant's Motion for Discovery Pursuant to the Jencks Act (18 U.S.C §3500) and Rule 26.2 of the Federal Rule of Criminal Procedure is **DENIED AS MOOT**. It is the Court's understanding that, by agreement of counsel, the Government will provide all witness statements to the Defendant three (3) days prior to trial, although neither the Jencks Act nor Rule 26.2 require production of a witness statement until after the witness has testified.

- Defendant's Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence is **DENIED AS MOOT**, as Defendant has not yet given notice that he intends testify or that he intends to produce character witnesses.

- Defendant's Motion for Dismissal of the Indictment or, in the Alternative, Preclusion of the Government Presenting Evidence Pertaining to Defendant's Use of a Weapon in the Commission of a Robbery is **DENIED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C. J.**