IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
         vs.                    :       CRIMINAL NO. 13-30-1
                                :
TYREEK STYLES                   :
                                :

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 26th day of September, 2014, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: Counts 2 & 3 and guilty on counts 1,4 and 5.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_s/Petrese B. Tucker_____
PETRESE B.TUCKER,    Chief Judge

cc:   U.S. Marshal
      Probation Office
      Counsel

_____      MO
  Date        By Whom

Cr 1 (8/80)