IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL ACTION |
| TYREEK STYLES, a/k/a "Reek", | : NO. 13-30-01 |

## ORDER

**AND NOW**, this __27th__ day of May, 2015, upon consideration of Defendant's Motion for a Judgment of Acquittal or, in the Alternative, for a New Trial (Doc. 135) and the Government's Response thereto (Doc. 155), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 27, 2015.