EXHIBIT "A"

FD-302 (Rev. 5-8-10)

- 1 of 2 -

 OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  01/10/2013

On January 4, 2013, TYRELL STYLES (STYLES), date of birth, 08/██/1987, SSAN ███-██-8377, telephone number (267)317-6964, was interviewed in Philadelphia, PA. STYLES was advised of the identity of the interviewing agents and that their was a search warrant for his DNA, issued in the United States District Court for the Eastern District of Pennsylvania on January 2, 2013. STYLES advised he wanted to be cooperative with investigators and provided the following information:

STYLES stated he worked as an unarmed security guard for SOS Security in Philadelphia. STYLES kept a gun at his residence which was registered and was not used in any illegal activity. STYLES showed agents his handgun, a Millennium 9mm Model PT 111PRO, Serial No. TCX-54048.

STYLES was from Reinhard Street in Southwest Philadelphia and moved to North Philadelphia to stay out of trouble. STYLES advised his family from Reinhard Street does not know where he lives. STYLES saw his brother TYRONE STYLES (TYRONE) at the gym at 59th and Kingsessing on Saturday, December 30th.

STYLES stated that in December 2011 his brother TYREEK STYLES (TYREEK) called and asked STYLES for a ride to Darby to look for his car, a gold Chevrolet Malibu. STYLES recalled the address was somewhere off Marshal Road in the vicinity of a night club. TYREEK said he left his car parked in a neighborhood there because he was drunk and did not want to drive. STYLES drove TYREEK in STYLES white 2004 Grand Prix. TYREEK directed STYLES to a residential area where they drove around the streets. TYREEK said he parked his car in a fire zone and the vehicle was no longer where he left it. STYLES suggested TYREEK should call the police impound and inquire about his car.

At that time TYREEK lived off 84th and Lindbergh Avenue in Southwest Philadelphia and was friends and roommates with PHINEZEE STOKES, also known as "BUB". PHINEZEE was originally from Reinhard Street and was the brother of JERIMIAH STOKES. JERIMIAH STOKES was tight friends with STYLES brother TYRONE. TYRONE and another brother DENNIS STYLES lived at home, 6043 Reinhard Street, with STYLES' mother, ROSALYN STOKES. DENNIS did not hang out with the other men and did not get involved in illegal activity.

---

Investigation on  01/04/2013  at  Philadelphia, Pennsylvania, United States (In Person)

File # ████████████████

Date drafted  01/10/2013

by  Donald W. Asper, PERCY E. GILES III

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Tyrell Styles and DNA Search Warrant ,On 01/04/2013 ,Page 2 of 2

STYLES provided the following description of PHINIZEE STOKES, also known as "Bub": Black male, bald head, approximately 28 years old, 5'8" tall from Reinhard Street.

STYLES was cooperative and the search warrant for STYLES DNA was executed at approximately 3:00PM.